160 A.3d 709

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
SAMUEL J. LLORET, DEFENDANT-PETITIONER.

February 13, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003736–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.